**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| DILLON, DAWN M. | ) | |
| | ) | CASE NO. 05-43389 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE
      BANKRUPTCY JUDGE BRUCE W. BLACK

   NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 10/04/05.  BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 10/04/05.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $2,0875.50. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of July 6, 2008 is as follows:

  a. RECEIPTS (See Exhibit C)   43,121.78

  b. DISBURSEMENTS (See Exhibit C)   22,514.70

  c. NET CASH available for distribution   20,607.08

  d. TRUSTEE/PROFESSIONAL COSTS

    1. Trustee compensation requested   3,626.50
     (See Exhibit E)

    2. Trustee Expenses (See Exhibit E)   286.55

      3.      Compensation requested by attorney or other professionals for trustee (See Exhibit F)       0.00

5.      The Bar Date for filing unsecured claims expired on 05/02/06.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

      a.      Allowed unpaid Secured Claims       0.00
      b.      Chapter 7 Administrative and 28 U.S.C. §1930 Claims       3,913.05
      c.      Allowed Chapter 11 Administrative Claims       0.00
      d.      Allowed Priority Claims       0.00
      e.      Allowed Unsecured Claims       9,837.25

7.      Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims, plus interest from the date of bankruptcy filing to estimated date of filing of TFR at T-Bill Rate of 3.9700%

8.      Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $14,999.99. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,913.05 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9.      A fee of $1,009.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

      RESPECTFULLY SUBMITTED:

Dated:   July 6, 2008      By:  /s/ Bradley J. Waller
      BRADLEY J. WALLER, TRUSTEE
      KLEIN, STODDARD, BUCK, WALLER
      2045 ABERDEEN COURT
      SYCAMORE, IL 60178

Dawn M. Dillon
05-43389

# TASKS PERFORMED BY TRUSTEE

　　　　The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.
　　　　The Trustee prepared semi-annual reports to the United States Trustee's Office.  The Trustee discovered two (2) personal injury cases.  Both were settled with court approval.
　　　　The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.
　　　　The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.
　　　　The Trustee attended to tax issues concerning the estate.
　　　　The Trustee reviewed the claims filed in this case.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-43389 BB  
**Case Name:** DILLON, DAWN M.  
**Period Ending:** 07/05/08  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 10/04/05 (f)  
**§341(a) Meeting Date:** 11/17/05  
**Claims Bar Date:** 05/02/06  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | CHECKING ACCOUNT-PRAIRIE BANK | 200.00 | 0.00 | DA | 0.00 | FA |
| 2 | 50% OF CHECKING ACCOUNT-FOUNDERS BANK | 250.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 450.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS & PICTURES | 37.50 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEDDING RING & MISC JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | PI CASE | 7,500.00 | 43,000.00 | | 43,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 121.78 | Unknown |
| 8 | **Assets Totals** (Excluding unknown values) | **$9,587.50** | **$43,000.00** | | **$43,121.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007    **Current Projected Date Of Final Report (TFR):** July 5, 2008 (Actual)

Printed: 07/05/2008 06:52 PM    V.10.03

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-43389 BB  
**Case Name:** DILLON, DAWN M.  

**Taxpayer ID #:** 13-7552079  
**Period Ending:** 07/05/08  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****74-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/07 | {7} | State Farm Mutual Automobile Insurance Company | Payment for Personal Injury Settlement | 1142-000 | 18,000.00 | | 18,000.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.73 | | 18,002.73 |
| 02/03/07 | 1001 | Rathbun, Cservenyak, & Kozol | Payment for Legal Fees Rendered per court order of 01/05/2007 | 3210-000 | | 6,666.66 | 11,336.07 |
| 02/03/07 | 1002 | Dawn M. Dillon | Payment for Personal Injury Exemption | 8100-002 | | 7,500.00 | 3,836.07 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.32 | | 3,840.39 |
| 03/01/07 | 1003 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-43389 | 2300-000 | | 14.71 | 3,825.68 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.04 | | 3,827.72 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.11 | | 3,829.83 |
| 05/13/07 | {7} | State Farm Mutual Automobile Insurance Company | Payment per court order of 04/27/2007 | 1142-000 | 25,000.00 | | 28,829.83 |
| 05/16/07 | 1004 | Rathbun, Cservenyak, & Kozol | Payment for Legal Fees Rendered per court order of 04/27/2007 | 3210-000 | | 8,333.33 | 20,496.50 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.04 | | 20,504.54 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.58 | | 20,515.12 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.68 | | 20,526.80 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.32 | | 20,538.12 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.23 | | 20,548.35 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.07 | | 20,560.42 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.69 | | 20,571.11 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 10.47 | | 20,581.58 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.41 | | 20,590.99 |

**Subtotals :**           **$43,105.69**           **$22,514.70**

{} Asset reference(s)

Printed: 07/05/2008 06:52 PM     V.10.03

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 05-43389 BB
**Case Name:** DILLON, DAWN M.

**Taxpayer ID #:** 13-7552079
**Period Ending:** 07/05/08

**Trustee:** BRADLEY J. WALLER (330500)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****74-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---:|---:|---:|
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 4.22 | | 20,595.21 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.82 | | 20,599.03 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.87 | | 20,601.90 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.57 | | 20,604.47 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.61 | | 20,607.08 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 43,121.78 | 22,514.70 | $20,607.08 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 43,121.78 | 22,514.70 | |
| Less: Payments to Debtors | | 7,500.00 | |
| **NET Receipts / Disbursements** | **$43,121.78** | **$15,014.70** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **MMA # ***-*****74-65** | 43,121.78 | 15,014.70 | 20,607.08 |
| | $43,121.78 | $15,014.70 | $20,607.08 |

{} Asset reference(s)                                                                                                          Printed: 07/05/2008 06:52 PM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| DILLON, DAWN M. | ) | |
| | ) | CASE NO. 05-43389 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,913.05 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 8,867.02 |
| Post-Petition Interest: | $ 970.23 |
| Surplus to Debtor: | $ 6,856.78 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 20,607.08 |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,913.05 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| | BRADLEY J. WALLER | 3,626.50 | 3,626.50 |
| | BRADLEY J. WALLER | 286.55 | 286.55 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|

**EXHIBIT D**

**DISTRIBUTION REPORTS**  **PAGE 3**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $8,867.02 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 5**

| | | | |
|---|---|---|---|
| 1 | World Financial Network National Bank | 233.95 | 233.95 |
| 2 | Target National Bank (fka Retailers National Bank) | 6,471.77 | 6,471.77 |
| 3 | Mayo Clinic | 2,161.30 | 2,161.30 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(5) - Interest | $970.23 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                     **PAGE 6**

| | | | |
|---|---|---:|---:|
| 1I | World Financial Network National Bank | 25.60 | 25.60 |
| 2I | Target National Bank (fka Retailers National Bank) | 708.14 | 708.14 |
| 3I | Mayo Clinic | 236.49 | 236.49 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(6) - Surplus to Debtor | $6,856.78 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| SURPLUS | DILLON, DAWN M. | 6,856.78 | 6,856.78 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---:|---|
| Secured | 4 | RTS Industries Inc<br>3601 Sagamore Pkwy N Ste D<br>Lafayette, IN  47904 | $1,447.55 | Disallowed<br>Per court order of<br>06/22/2007 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____            _____
                                                                                                 BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Dawn M. Dillon
05-43389

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** |  |  |  |
| Frank Cservenyak | 14,999.99 | 0.00 | 14,999.99 |
| Rathbin, Cservenyak & Kozal |  |  |  |
| 3260 Executive Drive |  |  |  |
| Joliet, IL 60437 |  |  |  |
| **Accountant for Trustee** | 0.00 | 0.00 | 0.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor** |  |  |  |
| Ronald D. Cummings | 1,009.00 | 0.00 | 0.00 |
| Law Office of Ronald D. Cummings |  |  |  |
| 121 Springfield Ave |  |  |  |
| Joliet, IL 60435 |  |  |  |
| **Other Professionals** |  |  |  |
| Bradley J. Waller, Trustee | 0.00 | 3,913.05 | 3,913.05 |
| Klein, Stoddard, Buck, Waller & Lewis |  |  |  |
| 2045 Aberdeen Court |  |  |  |
| Sycamore, IL 60178 |  |  |  |
| TOTAL | $ 16,008.99 | $ 3,913.05 | $ 19,922.04 |

**EXHIBIT G**