**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| DILLON, DAWN M. | ) | |
| | ) | CASE NO. 05-43389 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   **At**:  **EMCO Plaza, 57 W. Jefferson, Second Floor, Joliet, Illinois**

   **On:**  **September 12, 2008**

   **At:**  **9:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $           43,121.78

   b. Disbursements                         $           22,514.70

   c. Net Cash Available for Distribution   $           20,607.08

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 3,626.50 | $ 286.55 |
| Frank Cservenyak, Attorney | $ 14,999.99 | $ 0.00 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $16,694.03, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 233.95 | $ 233.95 |
| 2 | Target National Bank (fka Retailers National Bank) | $ 6,471.77 | $ 6,471.77 |
| 3 | Mayo Clinic | $ 2,161.30 | $ 2,161.30 |
| Surplus | Dawn Dillon | $ 6,856.78 | $ 6,856.78 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Checking Account-Prairie Bank
    b. 50% of Checking Account-Founders Bank
    c. Household Goods
    d. Books & Pictures
    e. Wearing Apparel
    f. Wedding Ring & Misc. Jewelry


Dated:   **August 12, 2008**                    For the Court,


                                        By:   **Kenneth S. Gardner**
                                              Kenneth Gardner
                                              Clerk of the United States Bankruptcy Court
                                              219 S. Dearborn Street, 7th Floor
                                              Chicago, IL  60604

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-43389    Doc 27    Filed 08/12/08    Entered 08/15/08 00:39:01    Desc Imaged
                Certificate of Service    Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                  Page 1 of 2            Date Rcvd: Aug 12, 2008
Case: 05-43389                 Form ID: pdf002              Total Served: 55

The following entities were served by first class mail on Aug 14, 2008.
db          +Dawn M Dillon,    904 Rivers Edge Drive,    Minooka, IL 60447-9396
aty         +Frank S Cservenyak,    Rathbun Cservenya & Kozol Llc,    2400 Glenwood  Suite 215,
              Joliet, IL 60435-5476
aty         +Ronald D Cummings,    Law Office of Ronald D  Cummings,    121 Springfield Avenue,
              Joliet, IL 60435-6561
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
9968145     +Action P.M. & R.,    860 US Highway 1,    203B,    North Palm Beach, FL 33408-3820
9968146     +Advanced Family Dental P.C.,    2241Theodore Street,    Joliet, IL 60403-1881
9968147     +Advanced Pain Treatment Centers,    676 N. St. Clair,    Suite 360,    Chicago, IL 60611-3126
9968148     +American Collections,    919 Estes Ct.,    Schaumburg, IL 60193-4436
9968149      American Express,    Suite 0001,    Chicago, IL 60679-0001
9968151     +American Medical Collection Agency,    2269  South Saw  Mill River Rd.,    Building  #3,
              Elmsford, NY 10523-3848
9968152     +Associated Pathologists of  Joliet,    330  Madison Street,    Suite 200 A,    Joliet, IL 60435-6575
9968153     +Bruce G. Burkhart, D.C.,    Homer Chiropractic Clinic,    12261 W. 159th St.,
              Lockport, IL 60491-7847
9968157      CBM Services, Inc.,    P.O. Box 551,    Midland, MI 48640-0551
9968154     +Cab Services Inc.,    60 Barney  Drive,    Joliet, IL 60435-6402
9968156      Cardiology Interpretation,    P.O. Box 432,    Channahon, IL 60410-0432
9968158     +Chrysler Financial Co. LLC,    901 Warrenville Rd. #500,    Lisle, IL 60532-4504
9968159     +Citizens Automobile Finance, Inc.,    Loan Servicing - RJE 212,    One Citizens Drive,
              Riverside, RI 02915-3019
9968161      Computer Credit, Inc.,    640 West Fourth Street,    P.O. Box 5238,    Winston Salem, NC 27113-5238
9968162     +Emergency Physicians PESI,    P.O. Box 2966,    Joliet, IL 60434-2966
9968163     +Emergency Treatment SC,    900 Jorie Blvd,    #220,    Oak Brook, IL 60523-3846
9968164     +Gary W. Golden DO,    850F Brookforrest Ave.,    Joliet, IL 60404-8515
9968165     +Guardian Anesthesia Associates,    185 Penny Avenue,    East Dundee, IL 60118-1454
9968166      Hinsdale Hospital,    Adventist  Health Systems,    P.O. Box  9246,    Hinsdale, IL 60522-9246
9968167      Hinsdale Hospital,    Adventist Health Systems,    P.O. Box 9247,    Hinsdale, IL 60522-9247
9968168     +Ingalls Memorial Hospital,    1 Ingalls Drive,    Harvey, IL 60426-3591
9968169     +Joliet Radiological Service Corp.,    2112 W. Jefferson St.,    Room 122,    Joliet, IL 60435-6545
9968171     +KCA Financial Serv. Inc.,    628 N. Street,    P.O. Box 53,    Geneva, IL 60134-0053
9968177      Law Office of James A. West,    11111 Harwin Drive,    Houston, TX 77072-1612
9968178      Linden Oaks Hospital @ Edwards,    P.O. Box 4271, Dept. Y,    Carol Stream, IL 60197-4271
9968179     +Malcolm S. Gerald & Associates Inc.,    332 South Michigan Avenue #514,    Chicago, IL 60604-4434
9968181     +Mayo Clinic,    200 First Street, SW,    Rochester, MN 55905-0002
9968182     +Medical Business Bureau, LLC,    1175 Devin Dr.,    Suite 171,    Norton Shores, MI 49441-6079
9968183     +Medical Recovery Specialists, Inc.,    2350 E. Devon Ave.,    Suite 225,
              Des Plaines, IL 60018-4602
9968184     +Midwest Center Advanced Imaging,    4425 Montgomery Road,    Suite 102,    Naperville, IL 60564-9542
9968185     +N. Illinois Anesthesiology Services,    P.O. Box 1123,    Jackson, MI 49204-1123
9968186     +Neurology Associates,    71 West 156th Street,    Suite 308,    Harvey, IL 60426-4264
9968188     +OSI Collection Services  Inc.,    P.O.  Box 959,    Brookfield, WI 53008-0959
9968187     +Orthopedic Physical Therapy Service,    Helen Owens-Burkart, MS,    12261 W. 159th Street,
              Lockport, IL 60491-7847
9968189     +Professional Health Associates, LTD,    200 North Hammes Avenue,    Joliet, IL 60435-6610
9968190     +Provena Saint Joseph Medical Center,    333 North Madison Street,    Joliet, IL 60435-8233
9968196      Quest Diagnostics,    P.O. Box 64500,    Baltimore, MD 21264-4500
9968197      Quest Diagnostics Inc.,    P.O.  Box  64804,    Baltimore, MD 21264-4804
10617811    +RTS Industries Inc,    3601 Sagamore Pkwy N Ste D,    Lafayette, IN 47904-5033
9968198     +Rehabilitation Institute of Chicago,    345 E.Superior Street,    Chicago, IL 60611-4805
9968200     +Rush Copley Medical Center,    P.O. Box 352,    Aurora, IL 60507-0352
9968199     +Rush Copley Medical Center,    P.O. Box 739,    Moline, IL 61266-0739
9968201      S. Naperville Family Practice,    10334 South Rt. 59,    Naperville, IL 60564
9968202     +Surgimed,    P.O. Box 11442,    Chicago, IL 60611-0442
9968203      Target National Bank,    P.O.  Box 59317,    Minneapolis, MN 55459-0317
10589568    +Target National Bank (fka Retailers National Bank),    c/o Weinstein & Riley, P.S.,
              2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
9968204      United Consumer Financial,    P.O.  Box  856290,    Louisville, KY 40285-6290
9968205     +University of Chicago Hospitals,    8201 S. Cass Avenue,    Darien, IL 60561-5314
9968206      Victoria's Secret,    P.O. Box 659728,    San Antonio, TX 78265-9728
10589484     World Financial Network National Bank,    Victoria's Secret,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were served by electronic transmission on Aug 13, 2008.
9968160       E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                         ComEd,
              Bill Payment Center,    Chicago, IL 60668-0001
                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
9968150*     American Express,    Suite 0001,    Chicago, IL 60679-0001
9968155*    +Cab Services Inc.,    60 Barney  Drive,    Joliet, IL 60435-6402
9968170*    +Joliet Radiological Service Corp.,    2112 W. Jefferson St.,    Room 122,    Joliet, IL 60435-6545
9968172*    +KCA Financial Serv. Inc.,    628 N. Street,    P.O. Box 53,    Geneva, IL 60134-0053
9968173*    +KCA Financial Serv. Inc.,    628 N. Street,    P.O. Box 53,    Geneva, IL 60134-0053
9968174*    +KCA Financial Serv. Inc.,    628 N. Street,    P.O. Box 53,    Geneva, IL 60134-0053
9968175*    +KCA Financial Serv. Inc.,    628 N. Street,    P.O. Box 53,    Geneva, IL 60134-0053
9968176*    +KCA Financial Serv. Inc.,    628 N. Street,    P.O. Box 53,    Geneva, IL 60134-0053
9968180*    +Malcolm S. Gerald & Associates Inc.,    332 South Michigan Avenue #514,    Chicago, IL 60604-4434
9968191*    +Provena Saint Joseph Medical Center,    333 North Madison Street,    Joliet, IL 60435-8233
```

```
District/off: 0752-1           User: sward                Page 2 of 2                   Date Rcvd: Aug 12, 2008
Case: 05-43389                 Form ID: pdf002            Total Served: 55

              ***** BYPASSED RECIPIENTS (continued) *****
9968192*      +Provena Saint Joseph Medical Center,    333 North Madison Street,    Joliet, IL 60435-8233
9968193*      +Provena Saint Joseph Medical Center,    333 North Madison Street,    Joliet, IL 60435-8233
9968194*      +Provena Saint Joseph Medical Center,    333 North Madison Street,    Joliet, IL 60435-8233
9968195*      +Provena Saint Joseph Medical Center,    333 North Madison Street,    Joliet, IL 60435-8233
                                                                                              TOTALS: 0, * 15

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2008**                    **Signature:** _/s/ Joseph Speetjens_